**SO ORDERED.**

**SIGNED this 26 day of January, 2009.**



_____
**JOHN T. LANEY, III
CHIEF UNITED STATES BANKRUPTCY JUDGE**
_____

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-78038 jtl |
| | ) | |
| Samuel B. Halter | ) | CHAPTER 7 |
| | ) | |
| Debtor | ) | |

### ORDER TO RELEASE UNCLAIMED FUNDS

Upon consideration of the Application for Payment of Unclaimed Funds and good cause appearing therefore,

IT IS HEREBY ORDERED:

That, in accordance with the provisions of 28 U.S.C. § 2042, the Bankruptcy Clerk for the Middle District of Georgia is authorized and directed to draw a check on the funds on deposit in the registry of the Court in the amount of $1,725.00, said check shall be payable to John Hambrick and shall be delivered to:

John Hambrick
c/o The Locator Services Group Ltd.
316 Newbury Street, Suite 32
Boston, MA 02115

**END OF DOCUMENT**

Kim Sawyer, General Counsel
The Locator Services Group Ltd
316 Newbury Street, Suite 32
Boston, MA  02115